# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-15-00672-CV

**James Watters, Appellant**

**v.**

**April Faye Miller, Appellee**

**FROM THE DISTRICT COURT OF BELL COUNTY, 264TH DISTRICT
NO. 270,435-D, HONORABLE MICHAEL J. NELSON, JUDGE PRESIDING**

### M E M O R A N D U M   O P I N I O N

Appellant filed a notice of appeal on October 8, 2015, from the trial court's order dated July 15, 2015, establishing the parent-child relationship between appellant and two children. On January 8, 2016, the Clerk of this Court advised appellant that his notice of appeal appeared untimely, *see* Tex. R. App. P. 26.1(a) (generally requiring notice of appeal to be filed within thirty days after judgment is signed), 26.3 (allowing fifteen day extension to file notice of appeal), and requested that appellant provide proof that he mailed his notice of appeal timely. *See* Tex. R. App. P. 9.2 (addressing filing by mail). The Clerk also requested a response from appellant by January 18, 2016, and advised appellant that this Court would dismiss this cause for want of jurisdiction if he failed to comply with the Clerk's requests. To date, appellant has not filed a response. We dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), (c).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed for Want of Jurisdiction

Filed:   January 22, 2016